NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAMIEN DELON JONES,                          )
                                             )
            Appellant,                       )
                                             )
v.                                           )     Case No. 2D18-2292
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
_____  )

Opinion filed July 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Damien Delon Jones, pro se.


PER CURIAM.


            Affirmed.


SLEET, SALARIO, and BADALAMENTI, JJ., Concur.